Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−29050−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Stephen J Hague                                   Danielle K Hague
  2188 Megan Ct                                      2188 Megan Ct
  Vineland, NJ 08361                                 Vineland, NJ 08361

Social Security No.:
  xxx−xx−7298                                        xxx−xx−1127

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 23, 2018.

On October 1, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:              November 7, 2018
Time:              10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 1, 2018
JAN: eag

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-29050-JNP
Stephen J Hague                                                           Chapter 13
Danielle K Hague
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Oct 01, 2018
                              Form ID: 185             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2018.
```
db/jdb         +Stephen J Hague,    Danielle K Hague,    2188 Megan Ct,    Vineland, NJ 08361-2970
517075712       Boscov's,    PO Box 17642,    Baltimore, MD 21297-1642
517075719      +CBNA,    1000 Technology Dr,    Fallon, MO 63368-2239
517075720      +Citi Bank,    P.O. Box 653095,    Dallas, TX 75265-3095
517075722       Citi Cards,    PO Box 8113,    South Hackensack, NJ 07606-8113
517075721       Citi Cards,    P.O. Box 183060,    Columbus, OH 43218-3060
517075727      +FNB Omaha,    1620 Dodge St.,    Omaha, NE 68197-0003
517075733      +Nissan,    P.O. Box 660366,    Dallas, TX 75266-0366
517075734       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                Trenton, NJ 08625-0112
517075736      +PMAB LLC,    4135 S Stream Blvd Ste,    Charlotte, NC 28217-4636
517075738      +Preferred Credit Inc,    PO Box 1679,    Saint Cloud, MN 56302-1679
517075741     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,    P.O. Box 245,
                Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
517732579       Shellpoint Mortgage Servicing,    P.O. Box 10675,    Greenville, SC  29603-0675
517732580       Shellpoint Mortgage Servicing,    P.O. Box 10675,    Greenville, SC  29603-0675,
                Shellpoint Mortgage Servicing,    P.O. Box 10675,    Greenville, SC  29603-0675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2018 01:09:48      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2018 01:09:40      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517075711      +E-mail/Text: ally@ebn.phinsolutions.com Oct 02 2018 01:08:36      Ally Financial,
                PO Box 130424,    Saint Paul, MN 55113-0004
517111698       E-mail/Text: ally@ebn.phinsolutions.com Oct 02 2018 01:08:36      Ally Financial,
                PO Box 130424,    Roseville MN 55113-0004
517262844       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 02 2018 01:11:31
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517075714       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 02 2018 01:12:31      Capital One,
                PO Box 85015,    Richmond, VA 23285-5015
517075713      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 02 2018 01:11:24      Cap1/Boscv,
                PO Box 30253,    Salt Lake City, UT 84130-0253
517075717       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 02 2018 01:12:31      Captial One,
                PO Box 85147,    Richmond, VA 23276-0001
517075718      +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 01:11:23      Care Credit,   PO Box 981439,
                El Paso, TX 79998-1439
517075723       E-mail/Text: mrdiscen@discover.com Oct 02 2018 01:08:38      Discover,   PO Box 15251,
                Wilmington, DE 19886-5251
517088077       E-mail/Text: mrdiscen@discover.com Oct 02 2018 01:08:38      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany Ohio 43054-3025
517075725       E-mail/Text: bankruptcy.bnc@ditech.com Oct 02 2018 01:09:07      Ditech Financial LLC,
                PO Box 6172,    Rapid City, SD 57709-6172
517185361       E-mail/Text: bankruptcy.bnc@ditech.com Oct 02 2018 01:09:07      Ditech Financial LLC,
                PO Box 6154,    Rapid City, SD 57709-6154
517075726       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 02 2018 01:09:26      Fashion Bug,
                745 Center Sreet,    Milford, OH 45150-1324
517075730       E-mail/Text: cio.bncmail@irs.gov Oct 02 2018 01:08:57      Internal Revenue Service,
                P.O. Box 744,    Special Procedure Branch,    Springfield, NJ 07081
517075731       E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 02 2018 01:10:01      Jefferson Capital,
                16 McLeland Road,    St. Cloud, MN 56306
517183753       E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 02 2018 01:10:01      Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
517075732       E-mail/Text: bkr@cardworks.com Oct 02 2018 01:08:29      Merrick Bank,   PO BOx 9201,
                Old Bethpage, NY 11804-9001
517075735       E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 01:11:56      OLD NAVY,   PO BOX 530942,
                ATLANTA, GA 30353-0942
517220239       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2018 01:25:20
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                Norfolk VA 23541
517272565       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2018 01:12:00
                Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                Norfolk VA 23541
517272332       E-mail/Text: bnc-quantum@quantum3group.com Oct 02 2018 01:09:35
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
517075739      +E-mail/Text: Supportservices@receivablesperformance.com Oct 02 2018 01:10:36
                Receivable Performance Management, LLC,    20816 44th Avenue W,    Lynnwood, WA 98036-7744
517075742       E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 01:11:23      SYNCB/Sleepys,   PO Box 965036,
                Orlando, FL 32896-5000
```

```
District/off: 0312-1           User: admin               Page 2 of 2                   Date Rcvd: Oct 01, 2018
                               Form ID: 185              Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517075740        +E-mail/Text: bankruptcy@sw-credit.com Oct 02 2018 01:09:49      Southwest Credit Systems,
                 5910 W Plano Pkwy Ste 100,    Plano, TX 75093-2202
517078241        +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 01:12:30      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517090480        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 02 2018 01:12:06      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517185918        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 02 2018 01:12:43      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517075743        +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 01:38:08      Walmart,    P.O. Box 32896,
                 Orlando, FL 32896-0001
                                                                                              TOTAL: 29

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517075715*       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    PO Box 85015,    Richmond, VA 23285-5015)
517075716*       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    PO Box 85015,    Richmond, VA 23285-5015)
517075724*       ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                 (address filed with court: Discover,    PO Box 15251,    Wilmington, DE 19886-5251)
517075729*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,    PO Box 724,    Springfield, NJ 07081)
517075728*        +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517075737*        +PMAB LLC,    4135 S Stream Blvd Ste,    Charlotte, NC 28217-4636
                                                                                      TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
```
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Seymour  Wasserstrum    on behalf of Joint Debtor Danielle K Hague mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour  Wasserstrum    on behalf of Debtor Stephen J Hague mylawyer7@aol.com,   ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```