Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–29050–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Stephen J Hague | Danielle K Hague |
| 2188 Megan Ct | 2188 Megan Ct |
| Vineland, NJ 08361 | Vineland, NJ 08361 |

Social Security No.:
   xxx–xx–7298                                                xxx–xx–1127

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           November 15, 2019
Time:           10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*47* – Certification in Opposition to (related document:46 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 10/8/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Seymour Wasserstrum on behalf of Danielle K Hague, Stephen J Hague. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: October 8, 2019
JAN: lgr

                                                                Jeanne Naughton
                                                                Clerk