# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 17−29050−JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Stephen J Hague | Danielle K Hague |
| 2188 Megan Ct | 2188 Megan Ct |
| Vineland, NJ 08361 | Vineland, NJ 08361 |

Social Security No.:
  xxx−xx−7298                                      xxx−xx−1127

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on November 15, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 15, 2019
JAN: kvr

                                                                                      Jeanne Naughton
                                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-29050-JNP
Stephen J Hague                                                       Chapter 13
Danielle K Hague
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 2           Date Rcvd: Nov 15, 2019
                            Form ID: 148             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db/jdb         +Stephen J Hague,    Danielle K Hague,    2188 Megan Ct,    Vineland, NJ 08361-2970
517075719      +CBNA,    1000 Technology Dr,    Fallon, MO 63368-2239
517075721       Citi Cards,    P.O. Box 183060,    Columbus, OH 43218-3060
517075727      +FNB Omaha,    1620 Dodge St.,    Omaha, NE 68197-0003
517075733      +Nissan,    P.O. Box 660366,    Dallas, TX 75266-0366
517075734       Office Of Attorney General,     25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
517075736      +PMAB LLC,    4135 S Stream Blvd Ste,    Charlotte, NC 28217-4636
517075738      +Preferred Credit Inc,    PO Box 1679,    Saint Cloud, MN 56302-1679
517075741     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:    State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
517732579       Shellpoint Mortgage Servicing,    P.O. Box 10675,    Greenville, SC  29603-0675
517732580       Shellpoint Mortgage Servicing,    P.O. Box 10675,    Greenville, SC  29603-0675,
                 Shellpoint Mortgage Servicing,    P.O. Box 10675,    Greenville, SC  29603-0675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2019 01:25:57     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2019 01:25:53     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517075711      +EDI: GMACFS.COM Nov 16 2019 05:53:00     Ally Financial,    PO Box 130424,
                 Saint Paul, MN 55113-0004
517111698       EDI: GMACFS.COM Nov 16 2019 05:53:00     Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
517262844       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2019 01:34:55
                 Ashley Funding Services, LLC its successors and,     assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517075712       EDI: HFC.COM Nov 16 2019 05:53:00     Boscov’s,    PO Box 17642,    Baltimore, MD 21297-1642
517075714       EDI: CAPITALONE.COM Nov 16 2019 05:53:00     Capital One,    PO Box 85015,
                 Richmond, VA 23285-5015
517075713      +EDI: CAPITALONE.COM Nov 16 2019 05:53:00     Cap1/Boscv,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
517075717       EDI: CAPITALONE.COM Nov 16 2019 05:53:00     Captial One,    PO Box 85147,
                 Richmond, VA 23276-0001
517075718      +EDI: RMSC.COM Nov 16 2019 05:53:00     Care Credit,    PO Box 981439,    El Paso, TX 79998-1439
517075720      +EDI: CITICORP.COM Nov 16 2019 05:53:00     Citi Bank,    P.O. Box 653095,
                 Dallas, TX 75265-3095
517075722       EDI: CITICORP.COM Nov 16 2019 05:53:00     Citi Cards,    PO Box 8113,
                 South Hackensack, NJ 07606-8113
517075723       EDI: DISCOVER.COM Nov 16 2019 05:53:00     Discover,    PO Box 15251,
                 Wilmington, DE 19886-5251
517088077       EDI: DISCOVER.COM Nov 16 2019 05:53:00     Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany Ohio 43054-3025
517075725       E-mail/Text: bankruptcy.bnc@ditech.com Nov 16 2019 01:25:35     Ditech Financial LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
517185361       E-mail/Text: bankruptcy.bnc@ditech.com Nov 16 2019 01:25:35     Ditech Financial LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
517075726       EDI: WFNNB.COM Nov 16 2019 05:53:00     Fashion Bug,    745 Center Sreet,
                 Milford, OH 45150-1324
517075730       EDI: IRS.COM Nov 16 2019 05:53:00     Internal Revenue Service,    P.O. Box 744,
                 Special Procedure Branch,    Springfield, NJ 07081
517075731       EDI: JEFFERSONCAP.COM Nov 16 2019 05:53:00     Jefferson Capital,    16 McLeland Road,
                 St. Cloud, MN 56306
517183753       EDI: JEFFERSONCAP.COM Nov 16 2019 05:53:00     Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
517075732       E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 16 2019 01:34:45     Merrick Bank,
                 PO BOx 9201,    Old Bethpage, NY 11804-9001
517075735       EDI: RMSC.COM Nov 16 2019 05:53:00     OLD NAVY,    PO BOX 530942,    ATLANTA, GA 30353-0942
517220239       EDI: PRA.COM Nov 16 2019 05:53:00     Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517272565       EDI: PRA.COM Nov 16 2019 05:53:00     Portfolio Recovery Associates, LLC,
                 c/o The Home Depot Consumer,    POB 41067,    Norfolk VA 23541
517272332       EDI: Q3G.COM Nov 16 2019 05:53:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517075739      +E-mail/Text: Supportservices@receivablesperformance.com Nov 16 2019 01:27:16
                 Receivable Performance Management, LLC,    20816 44th Avenue W,    Lynnwood, WA 98036-7744
517075742       EDI: RMSC.COM Nov 16 2019 05:53:00     SYNCB/Sleepys,    PO Box 965036,    Orlando, FL 32896-5000
517075740      +EDI: SWCR.COM Nov 16 2019 05:53:00     Southwest Credit Systems,    5910 W Plano Pkwy Ste 100,
                 Plano, TX 75093-2202

```
District/off: 0312-1           User: admin                  Page 2 of 2                  Date Rcvd: Nov 15, 2019
                               Form ID: 148                 Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517078241      +EDI: RMSC.COM Nov 16 2019 05:53:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517090480      +EDI: AIS.COM Nov 16 2019 05:53:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517185918      +EDI: AIS.COM Nov 16 2019 05:53:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517075743      +EDI: RMSC.COM Nov 16 2019 05:53:00      Walmart,    P.O. Box 32896,    Orlando, FL 32896-0001
                                                                                                TOTAL: 32

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517075715*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    PO Box 85015,    Richmond, VA 23285-5015)
517075716*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    PO Box 85015,    Richmond, VA 23285-5015)
517075724*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                 (address filed with court: Discover,    PO Box 15251,    Wilmington, DE 19886-5251)
517075729*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,    PO Box 724,    Springfield, NJ 07081)
517075728*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517075737*     +PMAB LLC,    4135 S Stream Blvd Ste,    Charlotte, NC 28217-4636
                                                                                 TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage
               Servicing dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Seymour  Wasserstrum    on behalf of Joint Debtor Danielle K Hague mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour  Wasserstrum    on behalf of Debtor Stephen J Hague mylawyer7@aol.com,   ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 9
```