| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Case No: <u>17-29050 JNP</u> |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing | Chapter: <u>13</u>   *Order Filed on November 15, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey*<br><br>Hearing Date:<br><br>Judge:  Jerrold N. Poslusny Jr. |
| In re:<br>Stephen J Hague<br>Danielle K. Hague<br><br>                    Debtor | |

Recommended Local Form:    ☐ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 15, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of  New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as 2188 Megan Ct, Vineland NJ 08361**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:
Stephen J Hague
Danielle K Hague
    Debtors

Case No. 17-29050-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 15, 2019
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.
db/jdb        +Stephen J Hague,   Danielle K Hague,   2188 Megan Ct,   Vineland, NJ 08361-2970

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2019 at the address(es) listed below:
           Denise E. Carlon   on behalf of Creditor   New Penn Financial LLC d/b/a Shellpoint Mortgage
            Servicing dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
           Denise E. Carlon   on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
            dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
           Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
            summarymail@standingtrustee.com
           Rebecca Ann Solarz   on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
            rsolarz@kmllawgroup.com
           Rebecca Ann Solarz   on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
           Seymour   Wasserstrum   on behalf of Debtor Stephen J Hague mylawyer7@aol.com,   ecf@seymourlaw.net
           Seymour   Wasserstrum   on behalf of Joint Debtor Danielle K Hague mylawyer7@aol.com,
            ecf@seymourlaw.net
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                              TOTAL: 9